UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEASHA S. WOODRUFF,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RESOLUTION GROUP,<br><br>　　　　　　　Defendants. | Case No. 3:25-cv-05004-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 4.)  The Court having considered the Report and Recommendation and the remaining record de novo, and no objections having been filed, does hereby find and orders:

　　1.　　The Court adopts the Report and Recommendation;

　　3.　　Plaintiff's complaint is dismissed without prejudice; and

　　4.　　The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 28th day of April 2025.

　　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1